IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-418 |
| | ) | |
| SEMAJ MAURICE DOW | ) | |

**ORDER OF COURT**

AND NOW, this 22nd day of January, 2009, upon consideration of the defendant's Motion to Order Presentence Report Prior to Plea, IT IS HEREBY ORDERED that said motion is GRANTED. The United States Probation Office shall forthwith prepare a pre-sentence report, which shall be provided to the Court and parties, on or before April 1, 2009. Counsel shall advise the Court by April 10, 2009 whether a change of plea hearing should be scheduled.

IT IS FURTHER ORDERED that the period of time from the date of this order to April 10, 2009 shall be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.



Gary L. Lancaster
United States District Judge

cc: Counsel of Record
U.S. Probation Office