IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-418 |
| | ) |
| SEMAJ MAURICE DOW, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 24th day of April, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered December 31, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, April 29, 2009 at 3 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Michael L. Ivory,
Assistant United States Attorney

W. Penn Hackney,
Assistant Federal Public Defender

U.S. Marshal

U.S. Pretrial Services

U.S. Probation