# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-418 |
| | ) | |
| SEMAJ MAURICE DOW, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

On February 23, 2015, the Honorable Joy Flowers Conti entered an Administrative Order at Misc. No. 14-424 which stayed for thirty (30) days from the date of the Administrative Order "all proceedings under [18 U.S.C.] § 3582(c) seeking relief pursuant to Amendment 782 (including any previously filed § 3582(c) motions)" "so as to permit the Public Defendant and U.S. Attorney to conduct any necessary investigation into the eligibility of offenders for relief under Amendment 782, to determine prospective release dates for such eligible offenders, and to prioritize the cases with reference to such prospective release dates, giving first priority to any offenders eligible for release as of November 1, 2015."

The Administrative Order also ordered "that the Court should hold in abeyance any pending §3582(c) motions seeking relief under Amendment 782 during the period of the STAY and shall not issue a briefing schedule and/or rule on any such motions until further Administrative Order of this Court."

A copy of the February 23, 2105 Administrative Order is attached hereto as Exhibit A.

Consistent with Judge Conti's Administrative Order, It is hereby ORDERED, ADJUDGED, and

DECREED that this case is STAYED until March 25, 2015.

DATE:  February 25, 2015

S/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Judge